UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No.   M-25-30041-M |
| GLORIA EDITH REYNAGA-OROZCO | § § | (M-25-1296) |

CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

On or about May 13, 2025, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

GLORIA EDITH REYNAGA-OROZCO

an alien, did knowingly and willfully enter the United States at a place other than as designated by immigration officers.

In violation of Title 8, United States Code, Section 1325(a)(1).

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

DEVIN V. WALKER
ASSISTANT UNITED STATES ATTORNEY